STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: Scott Davis
Deputy District Attorney
State Bar No. 010019
500 South Grand Central Pkwy., 5th Floor
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STACY LUXENBERG, | ) |
| Plaintiff, | ) Case No:2:16-cv-001762-JAD-CWH |
| vs. | ) |
| CLARK COUNTY, NEVADA, ex rel, Clark County Justice Court, | ) |
| Defendant. | ) |

### REQUEST FOR EXEMPTION FROM ENE ATTENDANCE REQUIREMENT

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, Honorable Cam Ferenbach, United States Magistrate Judge;

TO: STACY LUXENBERG, Plaintiff;

TO: ANDREW L. REMPFHER, Esq., Her Attorney:

Defendant CLARK COUNTY through its attorney STEVEN B. WOLFSON, District Attorney, by Scott Davis, Deputy District Attorney, in accordance with the Order Scheduling Early Neutral Evaluation Session (ECF No. 6), requests exemption to the attendance requirements set forth therein as follows:

The authority of the Court to schedule an Early Neutral Evaluation ("ENE")is found in LR 16-6. The issue of representation by a public body defendant at a settlement conference was addressed by the Advisory Committee to the Federal of Rules of Civil

Procedure in 1993. The Advisory Committee noted with regard to ordering the appearance of a governmental entity, as follows:

> Particularly in litigation in which governmental agencies or large amounts of money are involved, there may be no one with on-the-spot settlement authority, and the most that should be expected is **access to a person who would have a major role in submitting a recommendation to the body** or board with ultimate decision-making authority. The selection of the appropriate representative should ordinarily be left to the party and its counsel.

Advisory Committee Note to 1993 Amendments to Fed. R. Civ. P. 16(c)(9) (emphasis added.)

In this case, a seven-member Board of County Commissioners for Clark County has the ultimate authority to settle the case. However, this Defendant requests exception from attendance by the Board of County Commissioners pursuant to LR 16-6(e). Les Lee Shell, the Risk Manager for Clark County is the appropriate representative and will attend the ENE.

## CONCLUSION

Based upon the foregoing, Defendant requests an exception to the attendance requirements for the ENE to allow the attendance of Les Lee Shell, as the authorized representative of Defendant.

DATED this 3rd day of October, 2016.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Scott Davis
Scott Davis
Deputy District Attorney
State Bar No. 004434
500 South Grand Central Pkwy. 5th Floor
P. O. Box 552215
Las Vegas, Nevada 89155-2215
Attorney for Defendant
**CLARK COUNTY**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-4-2016

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Clark County District Attorney and that on this 3rd day of October, 2016, I served a true and correct copy of the foregoing REQUEST FOR EXEMPTION FROM ENE ATTENDANCE REQUIREMENT through CM/ECF Electronic Filing system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Andrew L. Rempfer, Esq
Jennifer D. Golanics, Esq.
Law Offices of Steven J. Parsons
10091 Park Run, #200
Las Vegas, NV 89145-8868
*Attorney for Plaintiff*
andrew@sjplawyer.com
Jennifer@sjplawyer.com

/s/ _____
An Employee of the Clark County District
Attorney's Office – Civil Division