1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Andrew@SJPlawyer.com
5

6  Attorney for Plaintiff
   **STACY LUXENBERG**

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9  **STACY LUXENBERG**, an individual,  |  Case No. 2:16-cv-001762

10     Plaintiff,  |  STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING DEFENDANT'S

11  vs.  |  MOTION FOR SUMMARY JUDGEMENT (Dkt. #14)

12  **CLARK COUNTY, NEVADA, ex. rel. CLARK COUNTY JUSTICE COURT.,**  |  [FIRST REQUEST PURSUANT TO LR IA 6-1(a)]

13     Defendant.

14  _____/

15

16     Andrew L. Rempfer of LAW OFFICES OF STEVEN J. PARSONS, counsel of record for Plaintiff

17  **STACY LUXENBERG** ("Plaintiff") and Steven Wolfson and Scott Davis of CLARK COUNTY DISTRICT

18  ATTORNEY'S OFFICE, as counsel of record for Defendant **CLARK COUNTY, NEVADA**, hereby

19  stipulate as follows:

20     1.   The due date for Plaintiff's Responses to Motion to Summary Judgement (Dkt.

21  #14) be extended from November 26, 2016 to January 25, 2017.

22     This is Plaintiff and Defendant's first request to extend this deadline, which is made in

23  good faith and not for purposes of delay.  This extension is requested to allow Plaintiff to

24  conduct discovery in order to respond to Defendant's Motion.

25  …

26  …

27  …



*10091 Park Run Drive Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 1 of 2


1  Dated: Monday, November 28, 2016.

2  LAW OFFICES OF STEVEN J. PARSONS

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

3  /s/ Andrew L. Rempfer
ANDREW L. REMPFER

/s/ Scott Davis
STEVEN B. WOLFSON

4  Nevada Bar No. 8628

Nevada Bar No. 1565
SCOTT DAVIS

5  Attorney for Plaintiff
**STACY LUXENBERG**

Nevada Bar No. 10019

6  Attorney for Defendant
**CLARK COUNTY**

8  **ORDER**

9  **IT IS SO ORDERED.**

10  DATED: 11/29/2016.

11  _____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE



10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com