1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Andrew@SJPlawyer.com
5

6  Attorney for Plaintiff
   STACY LUXENBERG

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9  STACY LUXENBERG, an individual,         Case No. 2:16-cv-001762

10     Plaintiff,                          STIPULATION AND ORDER TO DISMISS
                                           THE COMPLAINT, WITH PREJUDICE
11 vs.
                                           ECF No. 14, 22
12 CLARK COUNTY, NEVADA, ex. rel . CLARK
   COUNTY JUSTICE COURT.,
13
       Defendant.
14
   _____/
15

16     Andrew L. Rempfer of LAW OFFICES OF STEVEN J. PARSONS, counsel of record for Plaintiff

17 STACY LUXENBERG ("Plaintiff") and Steven Wolfson and Scott Davis of CLARK COUNTY DISTRICT

18 ATTORNEY'S OFFICE, as counsel of record for Defendant CLARK COUNTY, NEVADA, hereby

19 stipulate to dismiss this matter, with prejudice, each party to bear their own attorney fees and

20 costs.

21 Dated: Thursday, December 22, 2016.

22 LAW OFFICES OF STEVEN J. PARSONS          CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

23 /s/ Andrew L. Rempfer                    /s/ Scott Davis
   ANDREW L. REMPFER                         STEVEN B. WOLFSON
24 Nevada Bar No. 8628                       Nevada Bar No. 1565
                                             SCOTT DAVIS
25 Attorney for Plaintiff                    Nevada Bar No. 10019
   STACY LUXENBERG
26                                           Attorney for Defendant
                                             CLARK COUNTY
27



1                                   ORDER

2   Based on the parties' stipulation [22] and good cause appearing, IT IS HEREBY ORDERED that
3   this action is DISMISSED with prejudice, each side to bear its own fees and costs.  All motions [14] are denied as moot, and the Clerk of Court is directed to CLOSE THIS CASE.

4

5                                                                    _____
                                                                     Jennifer Dorsey
6                                                                    U.S. District Judge
                                                                     12/23/16
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



*10091 Park Run Drive Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*